# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEENA LYNNE ALEXANDER,<br><br>Defendant. | Case No. 16CR503-BEN<br><br>**ORDER AND JUDGMENT ON UNITED STATES' MOTION TO DISMISS THE INDICTMENT** |

Having considered the United States' Motion to Dismiss the Indictment in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), this Court hereby grants the United States leave of court to dismiss the Indictment in this case. Accordingly, the Indictment is hereby dismissed without prejudice pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: March 28, 2016

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE



FILED

MAR 2 8 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY